**MEMO ENDORSED**

LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

SUITE 502
12000 BISCAYNE BOULEVARD
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

September 28, 2021

*Via CM/ECF*
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Helen Swartz v. Bridgeton 396 Property Master Tenant LLC*
      Case No.:  1:21-cv-05358-ALC-OTW

Your Honor:

A telephonic Initial Pretrial Conference has been scheduled for October 6, 2021, at 11:00 a.m. The undersigned, counsel for Plaintiff, will be undergoing surgery this week and therefore respectfully requests a thirty (30) day adjournment of that conference.

Defense counsel has been consulted and has consented to this request. In addition, preliminary settlement negotiations are underway. Accordingly, the progress of this case will not be impeded by the requested adjournment.

The Court's consideration of this request is greatly appreciated.

Respectfully submitted,

FULLER, FULLER & ASSOCIATES, P.A.

*Lawrence A. Fuller*

Lawrence A. Fuller

---

**SO ORDERED :**

Application GRANTED. The Initial Case Management Conference is rescheduled to November 9, 2021 at 10:30 a.m.

_____
Ona T. Wang                9/30/21
United States Magistrate Judge